IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :          Chapter 13 |
| Frank S. Salvi | :      Case No.: 23-13391-pmm |
| Debtor | : |
| | : |

O R D E R

AND NOW, this __27th__ day of __November__, 2023, upon consideration of the Motion to Extend Time to File Required Documents, it is hereby:

    ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before December 7, 2023.

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE