**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Frank S Salvi,**

|   |   |   |
|---|---|---|
|  | : | Chapter 13 |
|  | : |  |
| **Debtor** | : | Bky. No. **23-13391 (PMM)** |

**O R D E R**

AND NOW, upon consideration of the Debtors' Motion for an Additional Extension of Time (Doc. no. 11, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **December 24, 2023**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED. If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before February 12, 2024.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*Patricia M. Mayer*

Date: 12/12/23

**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**