| Statement of Earnings for | Frank Salvi | | | | | | ROWENS ENTERPRISES LTD (0210BXA2) |
|---|---|---|---|---|---|---|---|
| Employee #: | 122 | Division: | 100 | Period Begin: | 11/06/2023 | Check Date: 11/17/2023 | 901 Delta Avenue |
| Clock Number: | | Department: | 10610 | Period End: | 11/12/2023 | | Reading, PA 19605 |
| SSN: | XXX-XX- | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | |
| Company Id: | 0210BXA2 | State Filing: | | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V106949763 | $0.00 | $1,942.50 | $1,511.74 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 22.0000 | 80.00 | 1,760.00 | 1,789.75 | 39,374.50 | SOC SEC EE | 115.28 | 3,136.60 | BC/BS PreTax | 80.00 | 1,520.00 |
| Overtime | 33.0000 | 2.50 | 82.50 | 105.25 | 3,473.25 | MED EE | 26.96 | 733.56 | Vision Pre-tax | 3.13 | 53.21 |
| Emerg. Svc | 22.0000 | 0.00 | 100.00 | 0.00 | 1,475.00 | FEDERAL WH | 137.89 | 4,072.37 | Miscellaneous | 0.00 | 45.00 |
| *Phone Stip. | | 0.00 | 11.54 | 0.00 | 57.70 | PENNSYLVANIA WH | 57.08 | 1,553.12 | | | |
| Prevailing Wage | | 0.00 | 0.00 | 0.00 | 3,299.84 | MUHLENBERG TWP | 9.30 | 252.94 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,485.00 | PENNSYLVANIA SUI EE | 1.36 | 36.49 | | | |
| Unpaid PTO | | 0.00 | 0.00 | 16.00 | 0.00 | READING LST | 2.00 | 48.00 | | | |
| Holiday | | 0.00 | 0.00 | 32.00 | 704.00 | MUHLENBERG SD | 9.30 | 252.94 | | | |
| PTO | | 0.00 | 0.00 | 16.00 | 352.00 | | | | | | |
| Total: | | 82.50 | 1,942.50 | 1,959.00 | 52,163.59 | Total: | 359.17 | 10,086.02 | Total: | 83.13 | 1,618.21 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Savings | Account: XXXXX7450 | Deposit Amount: | 1,511.74 |

ROWENS ENTERPRISES LTD (0210BXA2)
901 Delta Avenue
Reading, PA 19605

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/17/2023 | V106949763 |

| TOTAL NET PAY |
|---|
| ******$1,511.74 |

Your entire Net pay of $1,511.74 has been deposited in your bank account(s).

122 100 10610
**Frank Salvi**
501 Eisenbrown St
Reading, PA 19605

NOT NEGOTIABLE

| Statement of Earnings for: **Frank Salvi** | | | | | | | ROWENS ENTERPRISES LTD (0210BXA2) 901 Delta Avenue Reading, PA 19605 |
|---|---|---|---|---|---|---|---|
| Employee #: 122 | Division: 100 | Period Begin: 10/16/2023 | Check Date: 11/2/2023 | | | | |
| Clock Number: | Department: 10610 | Period End: 10/29/2023 | | | | | |
| SSN: XXX-XX- | Federal Filing: Married | Exemptions: 0 | Additional Tax: | | | | |
| Company Id: 0210BXA2 | State Filing: | Exemptions: 0 | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V106264101 | $0.00 | $1,749.00 | $1,364.28 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 22.0000 | 79.50 | 1,749.00 | 1,709.75 | 37,614.50 | SOC SEC EE | 103.28 | 3,021.32 | BC/BS PreTax | 80.00 | 1,440.00 |
| *Phone Stip. | | 0.00 | 11.54 | 0.00 | 46.16 | MED EE | 24.16 | 706.60 | Vision Pre-tax | 3.13 | 50.08 |
| Overtime | | 0.00 | 0.00 | 102.75 | 3,390.75 | FEDERAL WH | 114.67 | 3,934.48 | Miscellaneous | 0.00 | 45.00 |
| Emerg. Svc | | 0.00 | 0.00 | 0.00 | 1,375.00 | PENNSYLVANIA WH | 51.14 | 1,496.04 | | | |
| Prevailing Wage | | 0.00 | 0.00 | 0.00 | 3,299.84 | MUHLENBERG TWP | 8.33 | 243.64 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,485.00 | PENNSYLVANIA SUI EE | 1.22 | 35.13 | | | |
| Unpaid PTO | | 0.00 | 0.00 | 16.00 | 0.00 | READING LST | 2.00 | 46.00 | | | |
| Holiday | | 0.00 | 0.00 | 32.00 | 704.00 | MUHLENBERG SD | 8.33 | 243.64 | | | |
| PTO | | 0.00 | 0.00 | 16.00 | 352.00 | | | | | | |
| **Total:** | | 79.50 | 1,749.00 | 1,876.50 | 50,221.09 | **Total:** | 313.13 | 9,726.85 | **Total:** | 83.13 | 1,535.08 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Savings | Account: XXXXX7450 | Deposit Amount: | 1,364.28 |

ROWENS ENTERPRISES LTD (0210BXA2)
901 Delta Avenue
Reading, PA 19605

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/3/2023 | V106264101 |

| TOTAL NET PAY |
|---|
| ******$1,364.28 |

Your entire Net pay of $1,364.28 has been deposited in your bank account(s).

122 100 10610
**Frank Salvi**
501 Eisenbrown St
Reading, PA 19605

NOT NEGOTIABLE

| Statement of Earnings for | Frank Salvi | | | | | | | ROWENS ENTERPRISES LTD (0210BXA2) 901 Delta Avenue Reading, PA 19605 |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 122 | Division: | 100 | Period Begin: | 10/01/2023 | Check Date: | 10/20/2023 | |
| Clock Number: | | Department: | 10610 | Period End: | 10/15/2023 | | | |
| SSN: | XXX-XX- | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | | |
| Company Id: | 0210BXA2 | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V105676593 | $0.00 | $1,977.50 | $1,538.43 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 22.0000 | 80.00 | 1,760.00 | 1,630.25 | 35,865.50 | SOC SEC EE | 117.45 | 2,918.04 | BC/BS PreTax | 80.00 | 1,360.00 |
| Overtime | 33.0000 | 2.50 | 82.50 | 102.75 | 3,390.75 | MED EE | 27.46 | 682.44 | Vision Pre-tax | 3.13 | 46.95 |
| Emerg. Svc | 22.0000 | 0.00 | 135.00 | 0.00 | 1,375.00 | FEDERAL WH | 142.09 | 3,819.81 | Miscellaneous | 0.00 | 45.00 |
| *Phone Stip. | | 0.00 | 11.54 | 0.00 | 34.62 | PENNSYLVANIA WH | 58.16 | 1,444.90 | | | |
| Prevailing Wage | | 0.00 | 0.00 | 0.00 | 3,299.84 | MUHLENBERG TWP | 9.47 | 235.31 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,485.00 | PENNSYLVANIA SUI EE | 1.38 | 33.91 | | | |
| Unpaid PTO | | 0.00 | 0.00 | 16.00 | 0.00 | READING LST | 2.00 | 44.00 | | | |
| Holiday | | 0.00 | 0.00 | 32.00 | 704.00 | MUHLENBERG SD | 9.47 | 235.31 | | | |
| PTO | | 0.00 | 0.00 | 16.00 | 352.00 | | | | | | |
| **Total:** | | 82.50 | 1,977.50 | 1,797.00 | 48,472.09 | **Total:** | 367.48 | 9,413.72 | **Total:** | 83.13 | 1,451.95 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Savings | Account: | XXXXX7450 | Deposit Amount: 1,538.43 |

ROWENS ENTERPRISES LTD (0210BXA2)
901 Delta Avenue
Reading, PA 19605

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/20/2023 | V105676593 |

| TOTAL NET PAY |
|---|
| ******$1,538.43 |

Your entire Net pay of $1,538.43 has been deposited in your bank account(s).

122 100 10610
**Frank Salvi**
501 Eisenbrown St
Reading, PA 19605

NOT NEGOTIABLE

Case 23-13391-amm    Doc 16    Filed 12/15/23    Entered 12/15/23 11:06:22    Desc Main
Document    Page 4 of 7

| Statement of Earnings For | | | | | | | | ROWENS ENTERPRISES LTD (0210BXA2) |
|---|---|---|---|---|---|---|---|---|
| **Frank Salvi** | | | | | | | | 901 Delta Avenue |
| Employee #: | 122 | Division: | 100 | Period Begin: | 9/18/2023 | Check Date: | 10/6/2023 | Reading, PA 19605 |
| Clock Number: | | Department: | 10610 | Period End: | 10/1/2023 | | | |
| SSN: | XXX-XX- | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | | |
| Company Id: | 0210BXA2 | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V105126142 | $0.00 | $2,917.23 | $2,254.57 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 22.0000 | 80.00 | 1,760.00 | 1,550.25 | 34,105.50 | SOC SEC EE | 175.72 | 2,800.59 | BC/BS PreTax | 80.00 | 1,280.00 |
| Overtime | 33.0000 | 5.00 | 165.00 | 100.25 | 3,308.25 | MED EE | 41.10 | 654.98 | Vision Pre-tax | 3.13 | 43.82 |
| Prevailing Wage | 22.0000 | 0.00 | 992.23 | 0.00 | 3,299.84 | FEDERAL WH | 254.86 | 3,677.72 | Miscellaneous | 0.00 | 45.00 |
| *Phone Stip. | | 0.00 | 11.54 | 0.00 | 23.08 | PENNSYLVANIA WH | 87.01 | 1,386.74 | | | |
| Emerg. Svc | | 0.00 | 0.00 | 0.00 | 1,240.00 | MUHLENBERG TWP | 14.17 | 225.84 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,485.00 | PENNSYLVANIA SUI EE | 2.04 | 32.53 | | | |
| Unpaid PTO | | 0.00 | 0.00 | 16.00 | 0.00 | READING LST | 2.00 | 42.00 | | | |
| Holiday | | 0.00 | 0.00 | 32.00 | 704.00 | MUHLENBERG SD | 14.17 | 225.84 | | | |
| PTO | | 0.00 | 0.00 | 16.00 | 352.00 | | | | | | |
| **Total:** | | 85.00 | 2,917.23 | 1,714.50 | 46,494.59 | **Total:** | 591.07 | 9,046.24 | **Total:** | 83.13 | 1,368.82 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Savings | Account: | XXXXX7450 | Deposit Amount: 2,254.57 |

ROWENS ENTERPRISES LTD (0210BXA2)
901 Delta Avenue
Reading, PA 19605

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/6/2023 | V105126142 |

| TOTAL NET PAY |
|---|
| ******$2,254.57 |

Your entire Net pay of $2,254.57 has been deposited in your bank account(s).

122 100 10610
**Frank Salvi**
501 Eisenbrown St
Reading, PA 19605

NOT NEGOTIABLE

**Statement of Earnings for Frank Salvi** — ROWENS ENTERPRISES LTD (0210BXA2)
901 Delta Avenue
Reading, PA 19605

| Employee #: | 122 | Division: | 100 | Period Begin: | 9/04/2023 | Check Date: | 9/22/2023 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 10610 | Period End: | 9/17/2023 | | |
| SSN: | XXX-XX- | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | |
| Company Id: | 0210BXA2 | State Filing: | | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V104430918 | $0.00 | $1,992.00 | $1,549.48 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 22.0000 | 73.50 | 1,617.00 | 1,470.25 | 32,345.50 |
| Overtime | 33.0000 | 3.00 | 99.00 | 95.25 | 3,143.25 |
| Emerg. Svc | 22.0000 | 0.00 | 100.00 | 0.00 | 1,240.00 |
| Holiday | 22.0000 | 8.00 | 176.00 | 32.00 | 704.00 |
| *Phone Stip. | | 0.00 | 11.54 | 0.00 | 11.54 |
| Prevailing Wage | | 0.00 | 0.00 | 0.00 | 2,307.61 |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,485.00 |
| Unpaid PTO | | 0.00 | 0.00 | 16.00 | 0.00 |
| PTO | | 0.00 | 0.00 | 16.00 | 352.00 |
| **Total:** | | 84.50 | 1,992.00 | 1,629.50 | 43,577.36 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 118.35 | 2,624.87 |
| MED EE | 27.68 | 613.88 |
| FEDERAL WH | 143.83 | 3,422.86 |
| PENNSYLVANIA WH | 58.60 | 1,299.73 |
| MUHLENBERG TWP | 9.54 | 211.67 |
| PENNSYLVANIA SUI EE | 1.39 | 30.49 |
| READING LST | 2.00 | 40.00 |
| MUHLENBERG SD | 9.54 | 211.67 |
| **Total:** | 370.93 | 8,455.17 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BC/BS PreTax | 80.00 | 1,200.00 |
| Vision Pre-tax | 3.13 | 40.69 |
| Miscellaneous | 0.00 | 45.00 |
| **Total:** | 83.13 | 1,285.69 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Savings | Account: XXXXX7450 | Deposit Amount: | 1,549.48 |

---

ROWENS ENTERPRISES LTD (0210BXA2)
901 Delta Avenue
Reading, PA 19605

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/22/2023 | V104430918 |

| TOTAL NET PAY |
|---|
| ******$1,549.48 |

Your entire Net pay of $1,549.48 has been deposited in your bank account(s).

122 100 10610
**Frank Salvi**
501 Eisenbrown St
Reading, PA 19605

**NOT NEGOTIABLE**

| Statement of Earnings for | Frank Salvi | | | | | | ROWENS ENTERPRISES LTD (0210BXA2) |
|---|---|---|---|---|---|---|---|
| Employee #: | 122 | Division: | 100 | Period Begin: | 9/7/2023 | Check Date: 9/8/2023 | 901 Delta Avenue |
| Clock Number: | | Department: | 10610 | Period End: | 9/13/2023 | | Reading, PA 19605 |
| SSN: | XXX-XX- | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | |
| Company Id: | 0210BXA2 | State Filing: | | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V103974459 | $0.00 | $3,360.00 | $2,643.89 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Bonus | 22.0000 | 0.00 | 3,360.00 | 0.00 | 3,485.00 | SOC SEC EE | 208.32 | 2,506.52 | BC/BS PreTax | 0.00 | 1,120.00 |
| Regular | | 0.00 | 0.00 | 1,396.75 | 30,728.50 | MED EE | 48.72 | 586.20 | Vision Pre-tax | 0.00 | 37.56 |
| Overtime | | 0.00 | 0.00 | 92.25 | 3,044.25 | FEDERAL WH | 317.97 | 3,279.03 | Miscellaneous | 0.00 | 45.00 |
| Emerg. Svc | | 0.00 | 0.00 | 0.00 | 1,140.00 | PENNSYLVANIA WH | 103.15 | 1,241.13 | | | |
| Prevailing Wage | | 0.00 | 0.00 | 0.00 | 2,307.61 | MUHLENBERG TWP | 16.80 | 202.13 | | | |
| Unpaid PTO | | 0.00 | 0.00 | 16.00 | 0.00 | PENNSYLVANIA SUI EE | 2.35 | 29.10 | | | |
| Holiday | | 0.00 | 0.00 | 24.00 | 528.00 | READING LST | 2.00 | 38.00 | | | |
| PTO | | 0.00 | 0.00 | 16.00 | 352.00 | MUHLENBERG SD | 16.80 | 202.13 | | | |
| **Total:** | | 0.00 | 3,360.00 | 1,545.00 | 41,585.36 | **Total:** | 716.11 | 8,084.24 | **Total:** | 0.00 | 1,202.56 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Savings | Account: XXXXX7450 | Deposit Amount: 2,643.89 |

ROWENS ENTERPRISES LTD (0210BXA2)
901 Delta Avenue
Reading, PA 19605

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/8/2023 | V103974459 |

| TOTAL NET PAY |
|---|
| ******$2,643.89 |

Your entire Net pay of $2,643.89 has been deposited in your bank account(s).

122 100 10610
**Frank Salvi**
501 Eisenbrown St
Reading, PA 19605

**NOT NEGOTIABLE**



| Statement of Earnings For: | Frank Salvi | | | | | | ROWENS ENTERPRISES LTD (0210BXA2) | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 122 | Division: 100 | Period Begin: 11/13/2023 | Check Date: 12/1/2023 | 901 Delta Avenue | | | | | |
| Clock Number: | Department: 10610 | Period End: 11/26/2023 | | Reading, PA 19605 | | | | | |
| SSN: XXX-XX- | Federal Filing: Married | Exemptions: 0 | Additional Tax: | | | | | | |
| Company Id: 0210BXA2 | State Filing: | Exemptions: 0 | Additional Tax: | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V107539000 | $0.00 | $2,028.00 | $1,576.90 | |

### EARNINGS *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 1,829.75 | 40,334.50 |
| Overtime | 36.0000 | 3.00 | 108.00 | 108.25 | 3,581.25 |
| Holiday | 24.0000 | 8.00 | 192.00 | 40.00 | 896.00 |
| PTO | 24.0000 | 32.00 | 768.00 | 48.00 | 1,120.00 |
| *Phone Stip. | | 0.00 | 11.54 | 0.00 | 69.24 |
| Emerg. Sic | | 0.00 | 0.00 | 0.00 | 1,475.00 |
| Prevailing Wage | | 0.00 | 0.00 | 0.00 | 3,299.84 |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,485.00 |
| Unpaid PTO | | 0.00 | 0.00 | 16.00 | 0.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 120.59 | 3,257.19 |
| MED EE | 28.20 | 761.76 |
| FEDERAL WH | 148.15 | 4,220.52 |
| PENNSYLVANIA WH | 59.71 | 1,612.83 |
| MUHLENBERG TWP | 9.72 | 262.66 |
| PENNSYLVANIA SUI EE | 1.42 | 37.91 |
| READING LST | 2.00 | 50.00 |
| MUHLENBERG SD | 9.72 | 262.66 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BC/BS PreTax | 80.00 | 1,600.00 |
| Vision Pre-tax | 3.13 | 56.34 |
| Miscellaneous | 0.00 | 45.00 |

| Total: | 83.00 | 2,028.00 | 2,042.00 | 54,191.59 | Total: | 379.51 | 10,465.53 | Total: | 83.13 | 1,701.34 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Savings | XXXXX7450 | 1,576.90 |

---

ROWENS ENTERPRISES LTD (0210BXA2)
901 Delta Avenue
Reading, PA 19605

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/1/2023 | V107539000 |

Your entire Net pay of $1,576.90 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$1,576.90 |

122 100 10610
**Frank Salvi**
501 Eisenbrown St
Reading, PA 19605

**NOT NEGOTIABLE**