United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-13391-pmm |
|---|---|
| Frank S Salvi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank S Salvi, 501 Eisenbrown Street, Reading, PA 19605-2404 |
| 14829405 | + | Muhlenberg Township, c/o Michael Setley, Esq., 4 Park Plaza Suite 205 4 Park Road, Reading, PA 19610-1398 |
| 14846537 | + | Muhlenberg Township, c/o Kelsey Frankwoski, 4 Park Plaza, 2nd Floor, Wyomissing, PA 19610-1398 |
| 14847088 | + | PENN STATE HEALTH - CERNER, PENN STATE HEALTH, PO BOX 829725, PHILADELPHIA, PA 19182-9725 |
| 14831449 | + | Rocket Mortgage, LLC, fka Quicken Loans, LLC, c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Phila., PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 19 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2024 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14843645 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 00:12:33 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14838214 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:28:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14829406 | + | Email/Text: Bankruptcies@nragroup.com | Apr 19 2024 00:10:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14845433 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 2489, Kirkland, WA 98083-2489 |
| 14845274 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14829407 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 19 2024 00:10:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14837649 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 19 2024 00:10:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14829408 | | Sterling Jewelers, Inc., Kay Jewelers, c/o Frederic Weinberg, Esq., 375 E. Elm Street, Suite 210, PA 19427 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 14

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Frank S Salvi brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Frank S Salvi | Chapter 13<br><br>Bankruptcy No. 23-13391-PMM |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 18, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE